# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### April 5, 2011

| | | |
|---|---|---|
| 30224 | State v. Gabriel | Affirmed |
| 30436 | State v. Matsunami | Vacated and Remanded |
| 29610 | State v. Nii | Affirmed |

### April 6, 2011

| | | |
|---|---|---|
| 29932 | Citibank (South Dakota), N.A. v. Naluai | Affirmed |

### April 7, 2011

| | | |
|---|---|---|
| 30235 | Anjo v. State, Dept. of Educ. | Affirmed |
| 29800 | Kanahele v. Han | Affirmed |

### April 13, 2011

| | | |
|---|---|---|
| 30196 | Jenkins v. State | Vacated and Remanded |

### April 19, 2011

| | | |
|---|---|---|
| 30424 | State v. Akahi | Affirmed |

### April 21, 2011

| | | |
|---|---|---|
| 29020, 29069 | State v. Jarmusch | Vacated and Remanded |

### April 25. 2011

| | | |
|---|---|---|
| 30288 | Kahawai v. State | Affirmed |
| 30026 | State v. Char | Affirmed |
| 30121 | Weeks v. State | Vacated and Remanded |